## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) ) | 3:09-md-02100-DRH |
| MARKETING, SALES PRACTICES AND ) |  |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2100 |
|  ) |  |

**This Document Relates To:**

*Laura Smith v. Bayer HealthCare*   No. 11-cv-11954-DRH
*Pharmaceuticals Inc., et al.*

### JUDGMENT IN A CIVIL CASE

  **DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

  **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

      **JUSTINE FLANAGAN,**
      **ACTING CLERK OF COURT**

      BY: __/s/*Caitlin Fischer*__
       **Deputy Clerk**

Digitally signed by
Judge David R.
Herndon
Date: 2016.03.08
09:33:04 -06'00'

APPROVED:

   DISTRICT JUDGE
   U. S. DISTRICT COURT